## William FRANKLIN, Petitioner–Appellant,

v.

## Bobby SHEARIN; Kathleen Hawk Sawyer, Director; Chairman, United States Parole Commission, Respondents–Appellees.

No. 02–6686.

United States Court of Appeals, Fourth Circuit.

Submitted July 25, 2002.

Decided Aug. 7, 2002.

William Franklin, Appellant Pro Se. Allen F. Loucks, Office of the United States Attorney, Baltimore, Maryland, for Appellees.

Before WIDENER, TRAXLER, and KING, Circuit Judges.

PER CURIAM:

William Franklin appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2000) petition and on his motion to alter or amend that judgment. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm both orders on the reasoning of the district court. *See Franklin v. Shearin,* No. CA–02–70–JFM (D. Md. Mar. 29 & Apr. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*